**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CHARLES LOUIS JACKSON
ADC# 94592                                                                                          PETITIONER

VS.                        CASE NO.: 5:16CV00209 BRW/BD

WENDY KELLEY, Director,
Arkansas Department of Correction, et al.                                          RESPONDENT

### ORDER

The Court has received and reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. Mr. Jackson has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

Petitioner Charles Louis Jackson's petition for writ of habeas corpus (#1) is DISMISSED without prejudice.

IT IS SO ORDERED, this 19th day of August, 2016.

                                                                       /s/ Billy Roy Wilson
                                                           UNITED STATES DISTRICT JUDGE